Darian Antonio COLEMAN,
Plaintiff–Appellant,

v.

Assistant Warden Randall WILLIAMS,
each defendant is being suited in their
individual and official capacity all
times herein; Warden John Pate, each
defendant is being suited in their indi-
vidual and official capacity all times
herein, Defendants–Appellees.

No. 15–7503.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: May 17, 2016.

Darian Antonio Coleman, Appellant Pro
Se. Christy L. Scott, Scott & Payne Law
Firm, Walterboro, South Carolina, for Ap-
pellees.

Before MOTZ, FLOYD, and HARRIS,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Darian Antonio Coleman appeals the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2012) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Coleman v.*
*Williams,* No. 8:14–cv–00748–DCN, 2015
WL 4743755 (D.S.C. Aug. 10, 2015). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*